IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAKEER ALLEN | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 19-1066 |

ORDER

AND NOW, this 10th day of January, 2020, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

(1) the motion of the City of Philadelphia, Philadelphia Detective Michael Rocks, Police Officer Sergeant Nicholas Morris, and Police Officers Anthony Mirabella, III, Brad McCabe, Drew Rice, and Joseph Mears for summary judgment (Doc. # 25) is GRANTED with respect to plaintiff's claims under 42 U.S.C. § 1983 and plaintiff's claims for false arrest, excessive force, and false imprisonment under Pennsylvania law;

(2) the motion of Police Officer Milord Celce, Jr. for summary judgment (Doc. # 26) is GRANTED with respect to plaintiff's claims under 42 U.S.C. § 1983 and plaintiff's claims for false arrest, excessive force, and false imprisonment under Pennsylvania law;

(3) the motion of plaintiff Bakeer Allen for summary judgment on his federal and state claims (Doc. # 28) is DENIED; and

(4) Plaintiff's claims under Pennsylvania law against all defendants for malicious prosecution and civil conspiracy related to false arrest, excessive force, false imprisonment, and malicious prosecution are DISMISSED without prejudice under 28 U.S.C. § 1367(c)(1) and (3).

                                              BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                         J.